## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07-8042                                               Purchased/Filed: September 13, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT

---

*J & J Sports Productions, Inc. as broadcast licensee of the May 5, 2007 DeLaHoya/Mayweather Program*     Plaintiff

against

*Angel Heredia, individually and as officer, director, shareholder and/or principal of 1559 St. Nicholas Corp., et al*     Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____September 28, 2007_____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint, Rule 7.1 Conference Notice and Judges' Rules

on _____1559 St. Nicholas Corp._____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__
Color of skin: __White__   Hair color: __Brown__   Sex: __M__   Other: _____

Sworn to before me on this

__2nd__ day of _____October, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0708179

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the May 5, 2007 DeLaHoya/Mayweather Program,
      Plaintiff,

V.

ANGEL HEREDIA, Individually, and as officer, director, shareholder and/or principal of 1559 ST. NICHOLAS CORP. d/b/a LA POTENCIA a/k/a LA POTENCIA RESTAURANTE, and 1559 ST. NICHOLAS CORP. d/b/a LA POTENCIA a/k/a LA POTENCIA RESTAURANTE,
      Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07 CIV 8042

TO: (Name and address of defendant)

**1559 ST. NICHOLAS CORP. d/b/a LA POTENCIA a/k/a LA POTENCIA RESTAURANTE**
1559 St. Nicholas Avenue
New York, New York 10040
Our File No. 07-4-S06

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

swer to the complaint which is herewith served upon you, within _____ TWENTY (20) _____ days after service of this mons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for lief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period e after service.

J. MICHAEL McMAHON

SEP 13 2007

RK _____
DEPUTY CLERK

DATE