ECF CASE
JUDGE BERMAN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.**
as Broadcast Licensee of the **September 18,2004
DeLaHoya/Hopkins**, Program.

                      Plaintiff,      **CERTIFICATE OF SERVICE**

    -against-                   Civil Action No.07-CV-8042-RMB-GWG
                                          HON. RICHARD M. BERMAN

1559 ST. NICHOLAS CORP. d/b/a LA
POTENCIA a/k/a LA POTENCIA
RESTAURANTE,
                      Defendants
-----------------------------------------------------------

      The undersigned certifies that on the 25th day of October, 2007 your deponent served the following documents by regular mail:

    1) Request for Default
    2) Affidavit in Support of Request for Default
    3) Clerk's Certificate

on the following:

1559 St. Nicholas Inc.
1559 St. Nicholas Avenue
New York, NY 10040

                                                       /s/ Julie Cohen Lonstein
                                                      Julie Cohen Lonstein