ECF CASE
JUDGE BERMAN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

       Plaintiff,

- against -

ANGEL HEREDIA, Individually, and as officer, director, shareholder and/or principal of 1559 ST. NICHOLAS CORP. d/b/a LA POTENCIA a/k/a LA POTENCIA RESTAURANTE,

and

1559 ST. NICHOLAS CORP. d/b/a LA POTENCIA a/k/a LA POTENCIA RESTAURANTE,
       Defendants.
-----------------------------------------------------------------

**MOTION FOR CONTINUANCE**
Civil Action No.07-CV-8042-RMB-GWG
HON. RICHARD M. BERMAN

  Come now plaintiff, J & J SPORTS PRODUCTIONS, INC., and moves this Court for an Order of Continuance to adjourn the Conference from November 1, 2007 at 9:15 a.m. in order to give plaintiff sufficient time to complete service of process on the defendants ANGEL HEREDIA.

  Defendant 1559 ST. NICHOLAS CORP. d/b/a LA POTENCIA a/k/a LA POTENCIA RESTAURANTE was served on September 28, 2007 via the Secretary of State and said Defendant has not answered nor have they requested an extension of time to answer. Plaintiff has requested Clerk's Entry of Default and upon receipt of Clerk's Certificate, will file a Motion for Default Judgment.

  Attached hereto is a proposed order for the Court setting forth the proposed relief requested herein.

Dated: October 26, 2007
      Ellenville, NY, 12428

      /s/ Julie Cohen Lonstein
     JULIE COHEN LONSTEIN, ESQ.
Attorney for Plaintiff
Bar Roll No. JL8521
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill : P.O. Box 351
Ellenville, NY  12428
Telephone:  (845) 647-8500
Facsimile:   (845) 647-6277

CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was served on today's date, on the following:

Angel Heredia
2061 Story Ave.
Bronx, NY 10472

1559 St. Nicholas Inc.
1559 St. Nicholas Avenue
New York, NY 10040

By: Julie Cohen Lonstein
     Julie Cohen Lonstein, Esq.