**MEMO ENDORSED**

ECF CASE
JUDGE BERMAN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

         Plaintiff,

 - against -

ANGEL HEREDIA, Individually, and as officer,
director, shareholder and/or principal of 1559 ST.
NICHOLAS CORP. d/b/a LA POTENCIA a/k/a LA
POTENCIA RESTAURANTE,

and

1559 ST. NICHOLAS CORP. d/b/a LA POTENCIA
a/k/a LA POTENCIA RESTAURANTE,
         Defendants.

-----------------------------------------------------------

**MOTION FOR CONTINUANCE**
Civil Action No.07-CV-8042-RMB-GWG
HON. RICHARD M. BERMAN

> Motion #5 is denied (w/ not in accord with the Court's rules). The Court will hold a conference on 11/29/07 @ 9:30 AM (Rather than 11/1/07.)
>
> SO ORDERED:
> Date: 10/26/07
> Richard M. Berman, U.S.D.J.

  Come now plaintiff, J & J SPORTS PRODUCTIONS, INC., and moves this Court for an Order of Continuance to adjourn the Conference from November 1, 2007 at 9:15 a.m. in order to give plaintiff sufficient time to complete service of process on the defendants ANGEL HEREDIA.

  Defendant 1559 ST. NICHOLAS CORP. d/b/a LA POTENCIA a/k/a LA POTENCIA RESTAURANTE was served on September 28, 2007 via the Secretary of State and said Defendant has not answered nor have they requested an extension of time to answer. Plaintiff has requested Clerk's Entry of Default and upon receipt of Clerk's Certificate, will file a Motion for Default Judgment.

  Attached hereto is a proposed order for the Court setting forth the proposed relief requested herein.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2007