ECF CASE
JUDGE BERMAN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
                      Plaintiff,

   -against-

1559 ST. NICHOLAS CORP. d/b/a LA POTENCIA
a/k/a LA POTENCIA RESTAURANTE,
                      Defendants.
-------------------------------------------------------------

**ORDER TO SHOW CAUSE
FOR DEFAULT JUDGMENT**
Civil Action No.07-CV-8042-RMB-GWG
HON. RICHARD M. BERMAN

Upon reading and filing the Affidavit of Plaintiff and the Attorney's Affirmation of Julie Cohen Lonstein, Esq. in support of said application and the exhibits attached thereto, let the defaulting Defendants herein show cause in Courtroom 21D of the Courthouse located at 500 Pearl Street, New York, New York on the, **29TH** day of **November** 2007, at **9:30** am, that day, for an order granting the entry of default judgment against the Defendants and setting the Motion down for inquest on the appropriate amount of damages against the Defendants jointly and severally as follows:

**Against, 1559 ST. NICHOLAS CORP. d/b/a LA POTENCIA a/k/a LA POTENCIA RESTAURANTE,**

1)    under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

2)    and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3)    and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of ONE THOUSAND TWO HUNDRED FIFTY DOLLARS ($1250.00)

SUFFICIENT REASON APPEARING THEREFORE, let service of a copy of this Order and the papers upon which it was granted by serving same **PERSONALLY** upon the defaulting Defendant at the following address:

1559 St. Nicholas Inc.
1559 St. Nicholas Avenue
New York, NY 10040, **OR WHERE HE MAY BE FOUND.**

on or before **Nov. 21**, 2007, at **5:00** p.m., by **PERSONAL SERVICE**, be deemed good and sufficient service. Opposition papers shall be filed and courtesy copies sent to chambers no later than **11/26/07**. Reply, if any, shall be filed and courtesy copies sent to chambers no later than **11/27/07**.

Dated: **11/15/07**
   New York

ENTER

*RMB*

_____
HONORABLE RICHARD M. BERMAN
United States District Judge