# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07-CV-8042-RMB-　　　　　　　　　　　　　Purchased/Filed: November 15, 2007

STATE OF NEW YORK   UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF

---

*J & J Sports Productions, Inc. as Broadcast Licensee of the May 5, 2007 DeLaHoya/Mayweather Program*　　　Plaintiff

against

1559 St. Nicholas Corp, et al　　　Defendant

---

STATE OF NEW YORK　　SS.:
COUNTY OF ALBANY

　　　Jessica Miller　　　, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on　　November 21, 2007　　, at　2:00pm　, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Order to Show Cause for Default with Exhibits

on　　1559 St. Nicholas Inc. sha 1559 St. Nicholas Corp.　　, the Defendant in this action, by delivering to and leaving with　　Chad Matice　　, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York,　2　true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of　40　dollars; That said service was made pursuant to Section　306 Business Corporation Law　.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age:　28　　Approx. Wt:　200　　Approx. Ht:　6'0"
Color of skin:　White　Hair color:　Brown　Sex:　M　Other:

Sworn to before me on this
26th day of　　November, 2007

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified In Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0709877

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**