DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Plaintiff (s) / Petitioner (s) |
| ~ vs ~ | |
| ANGEL HEREDIA, ET AL | Defendant (s) / Respondent (s) |

Trans. #: 20072023
Date Filed: 09/13/2007
Docket/Index #: 07-CIV-8042
Witness Fee: $0.00
File: No
Court Date:
Client Ref #: 07-4-S06
MOUNTAIN SUPPORT SERVICES, INC.
1 TERRACE HILL
ELLENVILLE NY 12428

STATE OF NEW YORK: COUNTY OF SUFFOLK : SS:

William Morrison, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 1, 2007 at 06:45 PM, at 63 ADRIAN AVENUE, APT. 2C, BRONX NY 10462 deponent served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION on ANGEL HEREDIA defendant therein named.

**INDIVIDUAL**
By personally delivering to and leaving with said _____ a true copy thereof,
And that he knew the person so served mentioned and described in said_____
Defendant was identified by self admission

**CORPORATION**
By delivering to and leaving with _____ at _____, and that he knew the person so served to be AUTHORIZED to accept service.
*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON** [X]
By delivering a true copy thereof to and leaving with MICHAEL RIVERA CO RESIDENT, a person of suitable age and discretion at 63 ADRIAN AVENUE, APT. 2C, BRONX, NY 10462 the said premise being the defendants / respondents dwelling place within the state of New York.

**AFFIXING TO DOOR, ETC.**
By affixing a true copy thereof to the door of the said premises, the same being the defendant's within the State of New York.

**MAILING** [X]
Deponent completed service under the last two sections by depositing a true copy of the SUMMONS AND COMPLAINT IN A CIVIL ACTION in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on December 12, 2007 to the Above Address
FIRST CLASS MAIL

**PREVIOUS ATTEMPTS**
Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age 45   Approximate weight 205   Approximate height 5'9"   Sex Male
Color of skin TAN   Color of Hair BLACK   Other _____

[X] Deponent spoke with Person Served _____ who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

Sworn to before me this 12/12/2007

William Morrison 870436

Robert Gillis
NOTARY PUBLIC State of New York
No. 01GI6083096
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Nov. 12, 20__

Professional Process Servers LLC
1265 Sunrise Highway, Ste 107, Bay Shore, NY 11706
(631) 647-9470, Fax (631) 647-9468

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the May 5, 2007 DeLaHoya/Mayweather Program,
                  Plaintiff,

V.

ANGEL HEREDIA, Individually, and as officer, director, shareholder and/or principal of 1559 ST. NICHOLAS CORP. d/b/a LA POTENCIA a/k/a LA POTENCIA RESTAURANTE, and 1559 ST. NICHOLAS CORP. d/b/a LA POTENCIA a/k/a LA POTENCIA RESTAURANTE,
                  Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 07 CIV 8042

TO: (Name and address of defendant)

**ANGEL HEREDIA, Individually, and as officer, director, shareholder and/or principal of 1559 ST. NICHOLAS CORP. d/b/a LA POTENCIA a/k/a LA POTENCIA RESTAURANTE**
63 Adrian Avenue, Apt. 2C
Bronx, New York 10462

Our File No. 07-4-S06

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

[an] answer to the complaint which is herewith served upon you, within _____TWENTY (20)_____ days after service of this [sum]mons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for [the r]elief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period [of tim]e after service.

**J. MICHAEL McMAHON**

DATE   SEP 13 2007

[CL]ERK

[signature]

[D]EPUTY CLERK