```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.,

                Plaintiff,      :    07 Civ. 8042 (RMB)

     -against-         :    **ORDER OF DISCONTINUANCE**

ANGEL HEREDIA and 1559 ST. NICHOLAS
CORP.

                Defendants.
------------------------------------------------------------X

Based on plaintiff's failure to prosecute this action, it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that within ten (10) days of the date of this Order, counsel for plaintiff may apply by letter showing good cause why this action should be restored to the calendar. Defendants may respond within five (5) days to any letter submitted by plaintiff.

**SO ORDERED.**

Dated: New York, New York
       January 22, 2008

                                                          _____
                                                          Richard M. Berman, U.S.D.J.